# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| SHONTERRI DIXON, | : No. 148 MM 2014 |
| Petitioner | : |
| v. | : |
| UNEMPLOYMENT COMPENSATION BOARD OF REVIEW (AFFINITY HOME CARE), | : |
| Respondents | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of November, 2014, the Petition for Leave to File Petition for Allowance of Appeal Nunc Pro Tunc is **DENIED**.